**Opinion issued March 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00066-CV

———————————

## IN RE RAMICA BATISTEA, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ramica Batistea, files this *pro se* petition for writ of mandamus and motion for emergency stay, seeking a stay of the trial court's writ of possession.[1]

The petition for writ of mandamus is denied. Relator's motion for emergency relief is denied. All other pending motions are denied as moot.

---

[1]     The underlying case is *American Homes 4 Rent Properties v. Ramica Batistea*, cause number 1068970, in the County Civil Court at Law No. 2, Harris County, Texas, the Hon. Theresa Chang, presiding.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.